UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIENDI MORGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW LEAVENS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:25-cv-1467-DJC-JDP (PS)<br><br>ORDER |

　　　Plaintiff has filed a motion for an extension of time to file a response to defendants' motion to dismiss. ECF No. 13.

　　　Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 13, is GRANTED.

　　　2. By no later than November 10, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motion to dismiss.

　　　3. Defendants may file a reply to plaintiff's opposition, if any, no later than November 20, 2025.

1        4. Failure to comply with this order may result in a recommendation that this action be
2 dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with
3 local rules.

IT IS SO ORDERED.

Dated:    October 31, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE