UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WIENDI MORGAN,

Plaintiff,

v.

MATTHEW LEAVENS, et al.,

Defendants.

Case No. 2:25-cv-1467-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed June 24, 2026, are ADOPTED;
2. Defendants' motions to dismiss, ECF No. 11, is GRANTED in part and her claims stemming from her allegations of unlawful arrest are DISMISSED without leave to amend as time-barred. The motion is denied in all other respects; and
3. This matter is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE