UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIENDI MORGAN,<br>Plaintiff,<br>v.<br>MATTHEW LEAVENS, *et al.*,<br>Defendants. | Case No. 2:25-cv-1467-DJC-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

On July 16, 2026, the court granted defendants' motion to dismiss in part and ordered that this action proceed on plaintiff's malicious prosecution claims. ECF No. 19. Defendants failed to answer the complaint within fourteen days after the court denied the motion to dismiss, as is required by Federal Rule of Civil Procedure 12(a)(4)(A).

Accordingly, defendants are ordered to show cause, within fourteen days, why sanctions should not be imposed for their failure to timely file an answer to plaintiff's complaint. Defendants shall also file an answer to plaintiff's complaint within fourteen days of the date of this order. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated: August 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE